

# Fourth Court of Appeals
## San Antonio, Texas

June 05, 2013

No. 04-12-00735-CR and 04-12-00736-CR

Albert **NICHOLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B93-6 and B93-7
Honorable Rex Emerson, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on April 26, 2013. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to May 28, 2013. On May 30, 2013, the appellant filed a motion requesting an additional extension of time to file the brief until June 27, 2013, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED.** The Appellant's brief must be filed by June 27, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court